IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAMERON REED CLARKE,

    Plaintiff,

v.                                        No.  1:20-cv-01186-MLG-LF

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security Administration,

    Defendant.

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Laura Fashing filed her Proposed Findings and Recommended Disposition ("PFRD") on March 2, 2023. Doc. 42. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 15. On March 14, 2023, Plaintiff Cameron Reed Clarke filed objections to the Magistrate Judge's PFRD. Doc. 44.

Pursuant to Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the record and all parts of Judge Fashing's PFRD to which Clarke objected. Having thoroughly considered Judge Fashing's PFRD and the objections, the Court finds no reason either in law or fact to depart from the recommended disposition. Further, this Court agrees that, based on the record presented, the Commissioner's final decision is supported by substantial evidence.

It is therefore ordered as follows:

1. Clarke's objections are overruled;

2. Judge Fashing's PFRD, Doc. 42, is hereby adopted;

3. Clarke's Motion to Reverse or Remand Administrative Agency Decision, Doc. 32, is denied; and

4. This matter is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA